DANIEL J. BRODERICK
Federal Defender
KELLY JAFINE, BAR #265601
Staff Attorney
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HELEODORO TORRES-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S-10-047-FCD |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) |  |
| v. | ) | DATE: April 12, 2010 |
|  | ) | Time: 10:00 a.m. |
| HELEODORO TORRES-SANCHEZ, | ) | Judge: Frank C. Damrell, Jr. |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HELEODORO TORRES-SANCHEZ, by and though his counsel, KELLY JAFINE, Staff Attorney at the Federal Defender's Office, that the status conference set for Monday, March 29, 2010, be continued as a status conference/change of plea hearing to Monday, April 12, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to discuss the resolution of this case with the government and the defendant. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. The interests of justice served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for April 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2010

        Respectfully Submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Kelly Jafine
        Staff Attorney
        Federal Defender
        Attorney for Defendant
        HELEODORO TORRES-SANCHEZ

DATED:  March 24, 2010    BENJAMIN B. WAGNER
        United States Attorney

        /s/  Kelly Jafine for
        MICHAEL ANDERSON
        Assistant U.S. Attorney

**SO ORDERED.**

Dated: March 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE